IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00268–EWN–PAC

FOREST GUARDIANS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR NATIVE ECOSYSTEMS, and
ROCKY MOUNTAIN ANIMAL DEFENSE,

    Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as U.S.
Secretary of the Interior,

    Defendant.

## ORDER

This matter is before the court on: (1) "Motion for Leave to Intervene as Defendants" (#16), filed on April 23, 2007 by the Colorado Cattleman's Association and the Partnership for the West; and (2) "Motion to Intervene as Intervenor-Defendant" (#18), filed on May 21, 2007 by the Mountain States Legal Foundation. Having reviewed the intervenor-applicants' respective briefs and supporting declarations and having considered Federal Rule of Civil Procedure 24(a) and 24(b), the court finds that the intervenor-applicants are entitled to permissive intervention as defendants in this case. The intervenor-applicants may forthwith file their respective answers to the complaint.

Based on the foregoing, it is therefore ORDERED that the Intervenor-Applicants' motions to intervene (#16 and #18) are GRANTED.

Dated this 4th day of June, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge