IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00268–EWN–PAC

FOREST GUARDIANS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR NATIVE ECOSYSTEMS, and
ROCKY MOUNTAIN ANIMAL DEFENSE,

    Plaintiffs,

v.

DIRK KEMPTHORNE, in his official capacity as U.S.
Secretary of the Interior,

    Defendant,

and

STATE OF WYOMING,
COLORADO CATTLEMEN'S ASSOCIATION,
PARTNERSHIP FOR THE WEST, and
MOUNTAIN STATES LEGAL FOUNDATION,

    Intervenor-Defendants.

---

**ORDER**

---

This matter is before the court on "American Farm Bureau Federation's Motion for Leave to Intervene as Defendant," filed June 12, 2007. Having reviewed the intervenor-applicant's brief and supporting affidavit and having considered Federal Rule of Civil Procedure 24, the court finds

that the intervenor-applicant is entitled to permissive intervention as a defendant in this case. The intervenor-applicant may forthwith file its answer to the complaint.

Based on the foregoing, it is therefore ORDERED that the intervenor-applicant's motion to intervene (#23) is GRANTED.

Dated this 21st day of June, 2007

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              Chief United States District Judge