IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00268-EWN-KLM

FOREST GUARDIANS,
BIODIVERSITY CONSERVATION ALLIANCE,
CENTER FOR NATIVE ECOSYSTEMS, and
ROCKY MOUNTAIN ANIMAL DEFENSE,

     Plaintiff(s),

v.

DIRK KEMPTHORNE, in his official capacity as U.S. Secretary of the Interior,

     Defendant(s).

COLORADO CATTLEMEN'S ASSOCIATION,
PARTNERSHIP OF THE WEST,
MOUNTAIN STATES LEGAL FOUNDATION,
STATE OF WYOMING,

     Intervenor(s).

___

## MINUTE ORDER
___

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter is before the Court on the Parties' **Unopposed Motion to Amend Briefing Schedule Filed Jointly by Plaintiffs, Forest Guardians, *ET AL*., and Federal Defendant, Kempthorne** [Docket No. 31, Filed August 28, 2007] (the "motion").

     IT IS HEREBY **ORDERED** that the motion is **GRANTED**. The Scheduling Order is amended as follows:

     Plaintiffs shall file their Opening Brief on or before **October 16, 2007.**

     Defendant Kempthorne shall file his Response Brief on or before **November 13, 2007**.

Plaintiffs shall file their Reply Brief on or before **December 4, 2007.**

Dated:  September 17, 2007